FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Easter District of Washington

Jul 31, 2026

SEAN F. McAVOY, CLERK

ALBERT JAMES REEVES, III,

)
*Plaintiff*                        )
v.                                 )    Civil Action No.   2:26-cv-314-EFS
)
UNITED STATES OF AMERICA IMMIGRATION,   )
)

*Defendant*

# JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:   Pursuant to the Order at ECF No. 6, Plaintiff's Motion at ECF No. 5, is GRANTED. Plaintiff's Complaint, ECF No. 1, is DISMISSED WITHOUT PREJUDICE.  The Court certifies that any appeal of this dismissal would not be taken in good faith.
Judgment entered in favor of Plaintiff.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge   EDWARD F. SHEA _____

Date:  7/31/2026 _____

*CLERK OF COURT*

s/Sean F. McAvoy _____
*Signature of Clerk*